

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00090-CV

NIKKI NORVELL                                                   APPELLANT

V.

BRYAN BRUTON AND THE                                           APPELLEES
OFFICE OF THE ATTORNEY
GENERAL

----------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Nikki Norvell attempts to appeal from the trial court's February 7, 2012 order granting bill of review in favor of Bryan Bruton. In a letter dated April 20, 2012, we notified Appellant of our concern that we might not have jurisdiction over this appeal because the order she was attempting to appeal from did not appear to be a final judgment or appealable interlocutory order. We

---

[1]See Tex. R. App. P. 47.4.

stated that unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before April 30, 2012, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant filed a response in which she agreed that this court does not have jurisdiction.

The general rule, with a few exceptions, is that an appeal may be taken only from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An order granting a bill of review that sets aside a prior judgment without also disposing of all issues in the case on the merits is interlocutory in nature and is not a final judgment appealable to the court of appeals or to the Texas Supreme Court. *Kiefer v. Touris*, 197 S.W.3d 300, 302 (Tex. 2006); *Tesoro Petroleum v. Smith*, 796 S.W.2d 705, 705 (Tex. 1990). Because the trial court's February 7, 2012 order does not dispose of all issues and parties in the case, it is not an appealable interlocutory order. *Kiefer*, 197 S.W.3d at 302; *Tesoro*, 796 S.W.2d at 705. We therefore dismiss this appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: May 24, 2012